CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-01481-JFM-1 *SEALED*
### Internal Use Only

~~*SEALED*~~ s/ Julieo

ORDERED UNSEALED on 11/10/2021   s/ Julieo

Case title: USA v. SEALED

Date Filed: 11/08/2021
Date Terminated: 11/09/2021

Assigned to: Magistrate Judge James F Metcalf

21cr2960-JAH-19

**Defendant (1)**

**Keith Octavio Padilla Rodriguez**
*TERMINATED: 11/09/2021*

represented by **Brenda Michelle Acosta Sandoval**
Federal Public Defenders Office - Yuma
2285 S 4th Ave., Ste. 2E
Yuma, AZ 85364
928-314-1780
Fax: 928-314-1781
Email: Brenda_Sandoval@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:952, 960, 963 - Conspiracy to Import Cocaine; 21:841(a)(l), 846 - Conspiracy to Distribute Cocaine; 18:554, 371, 22:2778, 22:121.l, J23.1 -Conspiracy to Commit Offenses Against the United States | |

**Plaintiff**

| USA | represented by | **Louis C Uhl** |

US Attorneys Office - Yuma, AZ
7102 E 30th St., Ste. 101
Yuma, AZ 85365
928-314-6410
Email: Louis.Uhl@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2021 | 1 | Arrest (Rule 40 - Southern District of California Warrant) of Keith Octavio Padilla Rodriguez. (MAP) (Entered: 11/09/2021) |
| 11/08/2021 | 🔒 2 | *SEALED* MINUTE ENTRY for proceedings held before Magistrate Judge James F Metcalf: Initial Appearance in Rule 5(c)(3) Proceedings as to Keith Octavio Padilla Rodriguez held on 11/8/2021. NO FINANCIAL AFFIDAVIT TAKEN. Appointing Brenda Michelle Acosta Sandoval (AFPD) for Keith Octavio Padilla Rodriguez. Rule 5(c)(3) Identity Hearing Waived. The Court grants the defendant's request and sets this matter for Initial Appearance on 11/10/21 at 9:00 AM in El Centro, CA before Magistrate Judge Ruth Bermudez Montenegro. Commitment to Another District shall issue. (Recorded by COURTSMART.) Hearing held 12:06 PM to 12:14 PM. (cc: AUSA/AFPD/PTS/USMS) (MAP) (Entered: 11/09/2021) |
| 11/08/2021 | 3 | WAIVER of Rule 5(c)(3) Hearing by Keith Octavio Padilla Rodriguez. (cc: AUSA/AFPD) (MAP) (Entered: 11/09/2021) |
| 11/09/2021 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Keith Octavio Padilla Rodriguez. Defendant Committed to District of Southern District of California. Signed by Magistrate Judge James F Metcalf on 11/8/21. (cc: AUSA/AFPD/USMS)(MAP) (Entered: 11/09/2021) |
| 11/09/2021 | 5 | Notice to Southern District of California of a Rule 5 or Rule 32 Initial Appearance as to Keith Octavio Padilla Rodriguez. Your case number is: 21CR2960-JAH. The case is SEALED.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (MAP) (Entered: 11/09/2021) |
| 11/09/2021 | 🔒 | (Court only) ***Staff Notes as to Keith Octavio Padilla Rodriguez: Pursuant to the Commitment Order filed, doc. 4 , the following sealed documents are forwarded to the Southern District of California: 2 - 4, and docket sheet. (MAP) (Entered: 11/09/2021) |

## MAGISTRATE JUDGE'S MINUTES
### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – YUMA

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** James F. Metcalf | **Date:** November 8, 2021 | **SEALED** |
| **USA v. Keith Octavio Padilla Rodriguez** | **Case Number:** 21-01481MJ-001 | |

**Assistant U.S. Attorney:** Louis Uhl (duty) appearing telephonically
**Attorney for Defendant:** Brenda Sandoval, Assistant Federal Public Defender
**Interpreter:** **Language:** English
**Defendant:** ☒ Present via VTC  ☐ Released ☒ Custody  ☐ Summons   ☐ Writ
    Restraint Level

### INITIAL APPEARANCE ON RULE 5 PROCEEDINGS: HELD

- ☒ AFPD Brenda Sandoval is appointed.                      **Date of Arrest:** November 8, 2021
- ☒ Warrant and Indictment from Southern District of California - Rule 5
- ☒ NO Financial Affidavit taken
- ☒ Defendant states true name to be SAME.
  Further proceedings ORDERED in Defendant's true name.
- ☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is  ☒ Granted   ☐ Denied
- ☒ Defendant shall be temporarily detained in the custody of the United States Marshal.
- ☒ Waiver of Rule 5 and 5.1 Hearings filed. Defendant agrees to have counsel sign on his behalf. Defendant waives his right to an identity hearing reserves the right to have all future proceedings held in the district of offense. The Court grants the defendant's request and sets this matter for Initial Appearance on 11/10/21 at 9:00 AM in El Centro, CA before Magistrate Judge Ruth Bermudez Montenegro.
- ☒ Commitment to Another District shall issue.

**Recorded By** Courtsmart                                **8 Min.**
**Deputy Clerk** Jocelyn Arviso                            **Start: 12:06 PM**
                                                           **Stop: 12:14 PM**

cc: AUSA/AFPD/PTS/USM

Case 2:21-mj-09648-JFM *SEALED* Document 6 Filed 11/09/21 Page 4 of 5
Case 3:21-cr-02960-JAH Document 46 Filed 11/49/21 PageID.110 Page 4 of 5
REC'D BY USMS YUMA, AZ
NOV 8 2021 PM 3:12

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America | Case Number: 21-01481MJ-001 |
| v. | Charging District's Case No. |
| Keith Octavio Padilla Rodriguez | 21cr2960-JAH-19 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of California. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated this 8th day of November, 2021.

Honorable James F. Metcalf
United States Magistrate Judge

CC: AUSA/AFPD/USM

AO 94 (Rev. 06/09) Commitment to Another District



Nov 08 2021
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

☒ FILED  ☐ LODGED

**SEALED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | Case Number: 21-01481MJ-001 |
| v. | |
| Keith Octavio Padilla Rodriguez | Charging District's Case No. 21cr2960-JAH-19 |

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the United States District Court, Southern District of California.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.
(5) a hearing on any motion by the government for detention;
(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my preliminary hearing and/or ☐detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: November 8, 2021

_Brenda Sandoval for Keith Octavio Padilla Rodriguez_
Defendant's Signature

_Brenda Sandoval_
Signature of defendant's attorney (if any)

_Brenda Sandoval_
Printed name of defendant's attorney (if any)

cc: AUSA/AFPD