TARA K. McGRATH
United States Attorney
MATTHEW J. SUTTON
Assistant United States Attorney
Illinois State Bar No. 6307129
MIKAELA L. WEBER
Assistant United States Attorney
California State Bar No. 279391
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8941
Email: Matthew.Sutton@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>v.<br><br>KEITH OCTAVIO RODRIGUEZ PADILLA (19),<br><br>Defendant | Case No.: 21-cr-02960-AGS<br><br>Date: January 13, 2025<br>Time: 9:00 a.m.<br><br>The Honorable Andrew G. Schopler<br><br>**THE UNITED STATES'<br>SENTENCING SUMMARY CHART** |
|---|---|

The United States of America, by and through its counsel, Tara K. McGrath, United States Attorney and Matthew J. Sutton and Mikaela L. Weber, Assistant U.S. Attorneys, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: January 6, 2025            Respectfully submitted,

                                             TARA K. McGRATH
                                             United States Attorney

                                             /s/Matthew J. Sutton
                                             /s/Mikaela L. Weber
                                             Assistant United States Attorneys

SENTENCING SUMMARY CHART                                    USPO [ ☐ ]
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]          AUSA [ ☒ ]
Sentencing Date: January 13, 2025, at 9:00 a.m.             DEF  [ ☐ ]

Defendant's Name: Keith Octavio Rodriguez Padilla (19)   Docket No.: 21-cr-02960-AGS

Attorney's Name: Matthew J. Sutton   Phone No.: (619) 546-8941

Guideline Manual Used: November 1, 2024   Agree with USPO Calc.: Yes ☒ No ☐

Base Offense Level: Count 1 – Conspiracy to Import Cocaine;                              38
Count 2 – Conspiracy to Distribute Cocaine; Count 3 – Conspiracy to Launder Monetary Instruments;
And Count 4 – Conspiracy to Smuggle Goods; More Than 450 Kilograms of Cocaine [USSG § 2D1.1(c)(1) and § 2S1.1(a)(1)]

Possession of a Firearm [USSG § 2D1.1(b)(1)]                                             +2

Safety Valve [USSG § 2D1.1(b)(18) & § 5C1.2]                                              0

Conviction under 18 U.S.C. § 1956 [USSG § 2S1.1(b)(2)(B)]                                +2

Adjustment for Role in the Offense                                                        0

Adjusted Offense Level:                                                                  42

☒ Combined (Mult. Counts)   ☒ Career Off.   ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)]       -3

Total Offense Level:                                                                     39

Supervised Release Range (based on Total Offense Level): 5 years to life (3 year max for Counts 3-4)

Fine Range (based on Total Offense Level): $ 50,000 to $ 1,000,000 ($500,000 max for Count 3 and $250,000 max for Count 4)

Criminal History Score:                                                                  10

Criminal History Category:                                                               VI

   X    Career Offender       ___ Armed Career Criminal

Guideline Range:                                                           from  240 mths
(Range limited by: ___minimum mand.  X  statutory maximum                  to    240 mths
Departures:

Early Resolution / Appeal Waiver [USSG § 5K2.0]                                          -4

Resulting Guideline Range: Adjusted Offense Level: 35                      from  240 mths
                                                                           to    240 mths

GOVERNMENT RECOMMENDATION:
**Counts 1 through 3 – Conspiracy to Import / Distribute Cocaine and Launder Money**
240 months in custody on counts 1-3 concurrently; 5 years of supervised release on counts 1-2 and 3 years on count 3 –concurrently; $100 special assessment per count ($300 total) and no fine

**Count 4 – Conspiracy to Smuggle Goods**
60 months in custody concurrent to counts 1-3; 3 years of supervised release concurrently to counts 1-3; $100 special assessment; and no fine